IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
LARRY MILLER,                  )
                               )
          Plaintiff,           )        8:05CV218
                               )
     v.                        )
                               )
BNSF RAILWAY COMPANY           )        ORDER
                               )
          Defendant.           )
_____)
```

This matter is before the Court on plaintiff's motion to file a redacted version of the complaint (Filing No. 6). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED:

1) The Clerk shall seal plaintiff's original complaint (Filing No. 1).

2) Plaintiff shall file a redacted version of the complaint on or before May 27, 2005.

DATED this 20th day of May, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
   LYLE E. STROM, Senior Judge
   United States District Court