```
           IN THE UNITED STATES DISTRICT COURT FOR THE

                       DISTRICT OF NEBRASKA

LARRY MILLER,                  )
                               )
          Plaintiff,           )        8:05CV218
                               )
     v.                        )
                               )
BNSF RAILWAY COMPANY           )        ORDER
                               )
          Defendant.           )
_____)
```

This matter is before the Court on the motion to enlarge meet and confer deadline (Filing No. 14). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that said motion is granted; the parties shall have until September 12, 2005, to meet and confer and submit their Report of Parties' Planning Conference.

DATED this 20th day of July, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court